UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HERTZ EQUIPMENT RENTAL CORPORATION | CIVIL ACTION NO. 07-706-RET-CN |
| VERSUS | JUDGE RALPH E. TYSON |
| KATHY LOCKHART, JOHNNY LOCKHART, AND GULF COAST GROUND CONTROL | MAGISTRATE JUDGE CHRISTINE NOLAND |

## JOINT AND UNOPPOSED CONSENT JUDGMENT

Plaintiff Hertz Equipment Rental Corporation and Defendants Kathy Lockhart and Johnny Lockhart respectfully move this Honorable Court to amend the Consent Judgment as follows:

The Court having considered the Joint Motion by plaintiff, Hertz Equipment Rental Corporation, and defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, for a Consent Judgment and finding the Consent Judgment to be warranted:

IT IS ORDERED, ADJUDGED AND DECREED that the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, are each truly and justly indebted *in solido* to the plaintiff, Hertz Equipment Rental Corporation, for the sum of $77,694.31 as stated in the plaintiff's Complaint filed herein;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, are each indebted *insolido* to the plaintiff for interest pursuant to the agreement signed by defendants of $8,390.99 accrued at the time of the original consent judgment in March 2008;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, are each indebted *in solido* to the plaintiff for interest pursuant to the agreement signed by defendants of $30,796.73 accrued since the time of the original consent judgment in March 2008 calculated at 1.8% of the original judgment ($90,048.93) the first of each month starting August 1, 2008 and ending February 1, 2010;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, are each indebted *in solido* to the plaintiff for attorneys' fees and costs of $3,963.63 at the time of the original consent judgment;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, are each indebted *in solido* to the plaintiff for attorneys' fees and costs of $3482.90 stemming from plaintiff's efforts to enforce the original consent judgment;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this judgment is hereby made executory;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, fail to pay plaintiff with the funds obtained from their Private Works Act Claim, defendants will be liable to plaintiff for the

amounts herein and any additional attorneys fees and costs incurred by plaintiff as well as civil penalties in accordance with La. Rev. Stat. § 9:4814;

IT IS FINALLY ORDERED, ADJUDGED AND DECREED that if the defendants, Kathy Lockhart, Johnny Lockhart, and Gulf Coast Ground Control, fail to pay plaintiff, plaintiff will be entitled to interest at the rate of 1.8% per month (21.6% per year) on the entire amount owed ($124,328.56) which will accrue on the first calendar day of each month after the date of the signing of this judgment.

Judgment read, rendered and signed in Baton Rouge, Louisiana, on the 26th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE